UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAULA Y. HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:19-CV-00316 JAR |
| | ) |
| ANDREW M. SAUL[1], | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **MEMORANDUM AND ORDER OF REMAND**

This matter is before the Court on Defendant's Motion to Reverse and Remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 21). Plaintiff has no objection to Defendant's motion. (Doc. No. 22).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand [21] is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **REVERSED AND REMANDED** to the ALJ for additional vocational expert testimony to determine whether a substantial number of jobs exist that Plaintiff can perform based on the residual functional capacity (RFC) to perform a range of light work that included a limitation of "occasional interaction with the public, co-workers and supervisors."

A separate Judgment will accompany this order.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also 42 U.S.C. § 405(g) (stating that action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Dated this 23rd day of September, 2019.

                                                                        _____
                                                                        **JOHN A. ROSS**
                                                                        **UNITED STATES DISTRICT JUDGE**